**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | IO Biotech, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | N/A |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 87-0909276 |

**4.** **Debtor's address**

**Principal place of business**

Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark

Number, Street, City, State & ZIP Code

County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.** **Debtor's website** (URL)   https://iobiotech.com

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   IO Biotech, Inc.                                                      Case number (*if known*) _____
      Name

**7.   Describe debtor's business**   A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒   None of the above

B. *Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5417

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒   Chapter 7

☐   Chapter 9

☐   Chapter 11. *Check **all** that apply*:

    ☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐   A plan is being filed with this petition.

    ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒   No.

☐   Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐   No

☒   Yes.

Debtor   IO Biotech, Inc.    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

Debtor   See Schedule 1 _____    Relationship _____
District _____   When _____   Case number, if known _____

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☒ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  IO Biotech, Inc.
_____
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/31/2026
              MM / DD / YYYY

**X** /s/ Mai-Britt Zocca
_____
Signature of authorized representative of debtor

**Mai-Britt Zocca**
_____
Printed name

Title    Authorized Signatory
_____

**18. Signature of attorney**

**X** /s/ Allison S. Mielke
_____
Signature of attorney for debtor

Date  03/31/2026
      MM / DD / YYYY

Allison S. Mielke
_____
Printed name

Young Conaway Stargatt & Taylor, LLP
_____
Firm name

1000 N. King Street
Wilmington, DE 19801
_____
Number, Street, City, State & ZIP Code

Contact phone    302-571-6600        Email address    amielke@ycst.com

5934 DE
_____
Bar number and State

## Schedule 1

## Affiliated Entities

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in the United States Bankruptcy Court for the District of Delaware a petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

| | Entity Name | Federal Employee Identification Number (EIN) |
|---|---|---|
| 1. | IO Biotech, Inc. | 87-0909276 |
| 2. | IO Bio US, Inc. | 87-0935623 |

60016793.2

**CERTIFICATE OF THE SECRETARY**
**OF IO BIOTECH, INC.**

The undersigned, being the Secretary of IO Biotech, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and appointed Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto as Exhibit A is a true and complete copy of the Resolutions (the "Resolutions") approved by the Board of Directors (the "Board") of the Company, duly adopted at a lawfully convened meeting of the Board on March 27, 2026 (the "Board Meeting"), by vote of the members of the Board. The size of the Board is seven members, and a quorum of the Board was present. The Resolutions were unanimously approved by all seven members of the Board.

3. Such Resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 27th day of March, 2026.

By: _____
Name: Devin Smith
Title: Secretary

## Exhibit A

### Resolutions

*See attached.*

# RESOLUTIONS
## OF THE BOARD OF DIRECTORS OF
## IO BIOTECH, INC.

**WHEREAS**, the Transactions Committee has reviewed and considered the financial and operational condition of the Company and has made a recommendation to the Board to approve resolutions authorizing the commencement of a liquidation of the Company under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company, and the Company's business on the date hereof, including (which word, for all purposes of these resolutions, shall be interpreted to be followed by the words, "without limitation") the historical performance of the Company, the assets of the Company, the market for the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and other advisors as to certain options, including commencing a liquidation of the Company under the provisions of chapter 7 of the Bankruptcy Code;

**WHEREAS**, the Board has determined that the Company does not have sufficient capital to continue its operations and the Board has therefore determined that it is in the best interests of the Company and the Company's stockholders, creditors, and other interested parties to terminate all employees of the Company and commence a case under the provisions of chapter 7 of the Bankruptcy Code; and

**WHEREAS**, in an effort to facilitate an orderly shut-down of the business of the Company in compliance with applicable law, to facilitate the anticipated work of the trustee to be appointed in connection with the Bankruptcy Case (as defined below), and to maximize the value to be recovered upon the sale or other liquidation of the assets, properties, and rights of the Company, the Board has determined that it is in the best interests of the Company and the Company's stockholders, creditors, and other interested parties to cause the Company to enter into a consulting agreement with certain employees of the Company (each, a "Consultant") on the terms and conditions set forth in the consulting agreements previously made available to the Board (each, a "Consulting Agreement"), with each Consulting Agreement contemplating the funding, as a retainer, prior to the filing of the Petition (as defined below) all amounts to be paid thereunder (which amounts have been reviewed and considered by the Board).

**NOW, THEREFORE, BE IT:**

**Commencement and Prosecution of the Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that a voluntary petition (the "Petition") be filed by the Company in the United States Bankruptcy

1

Court for the District of Delaware (the "Bankruptcy Court") commencing a case (the "Bankruptcy Case") under the provisions of chapter 7 of the Bankruptcy Code; and be it further

**RESOLVED**, that the form, terms, and provisions of, the execution, delivery, and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved, and adopted in all respects; and be it further

**RESOLVED**, that any officer, director, or other authorized person of the Company or any of their delegates (each, an "Authorized Person" and, collectively, the "Authorized Persons") shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, to cause such Petition to be filed with the Bankruptcy Court commencing the Bankruptcy Case, and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as the Authorized Persons executing the same shall approve, such approval to be conclusively evidenced by the Authorized Persons' execution and delivery thereof, and (iii) to take any and all related actions that the Authorized Persons may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending a meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; and be it further

**RESOLVED**, that the Authorized Persons of the Company or his, her, or their designees shall be, and each of them acting alone hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to pay all expenses, including advisors' fees and retainers, taxes, consent payments, indemnities, and filing fees, in each case as in such Authorized Person's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all of such payments to be conclusive evidence of such approval and that such Authorized Person deemed the same to be so necessary, appropriate, or advisable; and be it further

## Retention of Professionals

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), shall be, and hereby is, authorized, directed, and empowered to represent the Company as bankruptcy counsel on the terms set forth in such firm's engagement letter with the Company, which engagement letter is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and be it further

**RESOLVED**, that Sierra Constellation Partners LLC ("Sierra") shall be, and hereby is, authorized, directed, and empowered to serve the Company as financial advisor on the

2

terms set forth in such company's engagement letter with the Company, which engagement letter is hereby ratified and approved, and to assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights; and be it further;

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, with power of delegation, hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ any other individual or firms as counsel, professionals, consultants, accountants, restructuring advisors, investment bankers, or financial advisors to the Company as such Authorized Person, or any one of them, may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code (collectively with YCST and Sierra, the "Advisors"); and be it further

**RESOLVED,** that the Advisors of the Company are hereby authorized to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the commencement of the Bankruptcy Case; and be it further

## Reduction in Force

**RESOLVED,** that, without limitation of any general authorizing resolution set forth herein, the Authorized Persons be, and each of them, acting alone or in any combination, with power of delegation, hereby are, authorized, empowered, and directed to notify any and all employees of the Company that their employment with the Company shall be terminated in connection with the filing of the Petition, including the provision of any and all notices required by law or otherwise deemed advisable, including under "WARN" or similar laws, rules, or regulations;  and be it further

## Notification of Regulators

**RESOLVED,** that, without limitation of any general authorizing resolution set forth herein, the Authorized Persons be, and each of them, acting alone or in any combination, with power of delegation, hereby is, authorized, empowered, and directed to notify any and all relevant local, state, federal, and international regulatory or other government authorities or self-regulatory organization of the Bankruptcy Case, and all other matters associated with the shut-down of the business and operations of the Company and to take such other action in connection therewith as the Authorized Persons deem advisable or necessary, which shall include, without limitation, the securing of all facilities of the Company in a manner that is compliant with all applicable laws, rules, and regulations; and be it further

## Consulting Agreements

**RESOLVED,** that each Consulting Agreement entered into with each Consultant be, and hereby is, approved, adopted and ratified in all respects, and the Authorized Persons be, and each of them, acting alone or in any combination, hereby are, authorized and directed to cause the Company to enter into such Consulting Agreements and to cause the Company to perform all obligations thereunder, including making the payments contemplated thereby; and be it further

3

**General Resolutions**

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby are, authorized, directed, and empowered on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as such Authorized Persons performing or executing the same shall approve, and the performance or execution thereof by such Authorized Persons shall be conclusive evidence of the approval thereof by such Authorized Persons and by the Company; and be it further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby are, authorized, directed, and empowered, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Persons, shall be necessary, proper, and desirable to prosecute a successful completion of the Bankruptcy Case and to effectuate the restructuring or liquidation of the Company's debts, other obligations, organizational form and structure, and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, the authority thereunto to be evidenced by the taking of such actions; and be it further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as such Authorized Persons may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Persons shall approve, the taking or execution thereof by the Authorized Persons being conclusive evidence of the approval thereof by the Authorized Persons and the Company; and be it further

**RESOLVED,** that all actions previously taken by any director, officer, employee, manager, member, general partner, or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IO BIOTECH, INC.,[1]<br><br>       Debtor. | Chapter 7<br><br>Case No. 26-[\_\_\_\_\_] (\_\_\_\_) |
| In re:<br><br>IO BIO US, INC.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 26-[\_\_\_\_\_] (\_\_\_\_) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors (each, a "**Debtor**," and together, the "**Debtors**") hereby state as follows:

1. Debtor IO Biotech, Inc. ("**IO Biotech**") is a publicly traded company. Lundbeckfond Invest A/S owns 19.3% of IO Biotech's equity interests. No other individual or entity directly or indirectly owns 10% or more of any class of IO Biotech's equity interests.

2. Debtors IO Bio US, Inc., is wholly owned by a non-debtor affiliate IO Biotech ApS. IO Biotech ApS is wholly owned by IO Biotech.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: IO Biotech, Inc. (9276) and IO Bio US, Inc. (5623). The headquarters for the above-captioned Debtors is Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark.

**Fill in this information to identify the case:**

Debtor name    **IO Biotech, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/31/2026**               X   *Mai-Britt Zocca*
                                               Signature of individual signing on behalf of debtor

                                               **Mai-Britt Zocca**
                                               Printed name

                                               **Authorized Signatory**
                                               Position or relationship to debtor