**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IO BIOTECH, INC.,[1] | Case No. 26-10457 (____) |
| Debtor. | |
| In re: | Chapter 7 |
| IO BIO US, INC., | Case No. 26-10458 (____) |
| Debtor. | |

**DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX**

I, Mai-Britt Zocca, authorized signatory of the above-captioned debtors (each, a "**Debtor**" and together the "**Debtors**"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of each Debtor, and hereby verify that the information contained therein is complete, true, and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of each of the Debtor's books and records; the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtors for

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: IO Biotech, Inc. (9276) and IO Bio US, Inc. (5623). The headquarters for the above-captioned Debtors is Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark.

60016792.2

purposes of these chapter 7 cases, but are included herein for notice purposes out of an abundance of caution.   Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against any of the Debtors; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtors.

Dated: March 31, 2026

*/s/ Mai-Britt Zocca*
Mai-Britt Zocca
Authorized Signatory

60016792.2



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allied World Specialty Insurance Company | | 199 Water Street | | New York | NY | 10038 | |
| Arthur J. Gallagher Risk Management Services, Inc. | | 2850 Golf Road | | Rolling Meadows | IL | 60008 | |
| Arthur J. Gallagher Risk Management Services, Inc. | | 470 Atlantic Avenue | | Boston | MA | 02210 | |
| Berkshire Hathaway Specialty Insurance Company | | 1314 Douglas Street, Suite 1400 | | Omaha | NE | 68102 | |
| Brenner,  Mitchell E | | Address on File | | | | | |
| California Franchise Tax Board | | PO Box 942857 | | Sacramento | CA | 94257-0500 | |
| Clark,  Adam M | | Address on File | | | | | |
| Collins, Helen | | Address on File | | | | | |
| Computershare Inc | | Dept CH 19228 | | Palatine | IL | 60055-9228 | |
| Computershare Trust Company, N.A. | | 150 Royall Street | | Canton | MA | 02021 | |
| Connecticut - Department of Revenue | Department of Revenue Services | 450 Columbus Boulevard, Suite 1 | | Hartford | CT | 06103 | |
| Daniel J Edelman Inc | | 111 N Canal St Ste 1100 | | Chicago | IL | 60606 | |
| Danish Tax Agency | | Skattestyrelsen, Nykøbingvej 76 | | Bygning 45 | | 4990 | Denmark |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Deloitte Tax LLP | | 2 Jericho Plz | | Long Island | NY | 11753-1683 | |
| District of Columbia - Department of Revenue | | 1101 4th Street, SW | Suite 270 West | Washington | DC | 20024 | |
| Donnelley Financial LLC | | 140 East 45th Street, 35th Floor | | New York | NY | 10017 | |
| Elling, Christian E | | Address on File | | | | | |
| ERNST & YOUNG Godkendt Revisionspartnerselskab | | Osvald Helmuths Vej 4 | | Frederiksberg | | 2000 | Denmark |
| European Investment Bank | Attn: OPS/EGPF/2-DTLS/LSB | 100 Boulevard Konrad Adenauer | | | | L 2950 | Luxembourg |
| European Investment Bank | c/o Plesner | Attn: Rasmus Mandøe Jensen | Amerika Plads 37 | Copenhagen | | DK - 2100 | Denmark |
| Florida - Department of Revenue | | 5050 West Tennessee Street | | Tallahassee | FL | 32399 | |
| Glaub, Kathleen Sereda | | Address on File | | | | | |
| HDI Global Specialty SE | c/o Falcon Risk Services | 161 N. Clark Street, Suite 4800 | | Chicago | IL | 60601 | |
| Hirth Enterprises | | 3773 Howard Hughes Pkwy | South Tower, Suite 500 | Las Vegas | NV | 89169-6014 | |
| HM Revenue & Customs | | Corporation Tax Services | | | | BX9 1AX | United Kingdom |
| Hudson Insurance Company | | 100 William Street | | New York | NY | 10038 | |
| Hunter, Heidi Marie | | Address on File | | | | | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Kansas - Department of Revenue | | Scott State Office Building | 120 SE 10th Avenue | Topeka | KS | 66612-1103 | |
| Kentucky - Department of Revenue | | 501 High Street? | | Frankfort | KY | 40601 | |
| Maryland - Department of Revenue | Revenue Administration Division | PO Box 549 | | Annapolis | MD | 21411-0001 | |
| Massachussets - Department of Revenue | Executive Office for Administration and Finance | 100 Cambridge Street | | Boston | MA | 02114 | |
| Michigan - Department of Revenue | | Michigan Department of Treasury | | Lansing | MI | 48922 | |
| My Equity Comp. LLC | | 2339 Gold Meadow Way, Suite 210 | | Gold River | CA | 95670 | |
| Nasdaq Corporate Solutions LLC | | 151 W 42Nd Street | | New York City | NY | 10036 | |
| National Union Fire Insurance Company of Pittsburgh, Pa. (AIG) | | 1271 Avenue of the Americas | | New York | NY | 10020 | |
| New Jersey - Department of Revenue | | 3 John Fitch Way, 5th Floor | PO Box 245 | Trenton | NJ | 08695-0245 | |
| New York - Department of Revenue | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| Pennsylvania - Department of Revenue | | PO Box 280427 | | Harrisburg | PA | 17128-0427 | |
| Pension Consultants | | 120 South 6th Street, Suite 1911 | | Minneapolis | MN | 55402 | |
| Raible,  Michael | | Address on File | | | | | |
| Raymond James | | 880 Carillon Parkway | | St Petersburg | FL | 33716 | |
| Rombourne Ltd | | Sophia House, 28 Cathedral Road | | Cardiff | | CF11 9LJ | United Kingdom |
| RSM US LLP | | 5155 Paysphere Circle | | Chicago | IL | 60674 | |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Place 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| SEPPIC, Inc. | Attn: Guenole Le Calvez | 30 Two Bridges Road | Suite 210 | Fairfield | NJ | 07004 | |
| Sidley Austin LLP | | Rodney Square, 1000 North King St. | | Wilmington | DE | 19801 | |
| SierraConstellation Partners LLC | | 101 Creekside Crossing | Suite 1700-388 | Brentwood | TN | 37027 | |
| Skatteverket | | Solna Strandväg 10 | | Solna | | SE-171 94 | Sweden |
| Smith,  Devin W | | Address on File | | | | | |
| Smith, David | | Address on File | | | | | |
| Sullivan,  Amy | | Address on File | | | | | |
| Swiss Federal Tax Administration | Main Division DAS | Eigerstrasse 65 | | Berne | | 3033 | Switzerland |
| Texas - Department of Revenue | Texas Comptroller of Public Accounts | PO Box 13528, Capitol Station | | Austin | TX | 78711-3528 | |
| The Grace Communication Group, LLC | | 3001 Bridgeway, Suite K | | Sausalito | CA | 94965 | |
| Travelers Casualty and Surety Company of America | | P.O. Box 2950 | | Hartford | CT | 06104-2950 | |
| Vantage Risk Assurance Company | | 123 N. Wacker Drive, Suite 1300 | | Chicago | IL | 60606 | |
| Vermont - Department of Revenue | | 133 State Street | | Montpelier | VT | 05602 | |
| Virginia - Department of Revenue | | PO Box 1115 | | Richmond | VA | 23218 | |
| Zocca, Mai-Britt | | Address on File | | | | | |